UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JASON LEASURE, et al.,

    Plaintiffs,

v.

WESTMARK HOTELS, INC., et al.,

    Defendants.

C16-1197 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiffs' motion to approve minor settlement, docket no. 20, as amended, docket nos. 22 & 23, is RENOTED to October 27, 2017. Although plaintiffs' motion, which was noted for the same day it was filed, was captioned as a "stipulated" motion, it was not signed by counsel for defendants, and no representation was made in the motion that defendants have agreed to entry of the proposed order. Thus, the motion will be treated as a dispositive motion and noted for the fourth Friday after it was filed. Any response and any reply shall be due in accordance with Local Civil Rule 7(d)(3).

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 6th day of October, 2017.

    William M. McCool
    Clerk

    s/Karen Dews
    Deputy Clerk

MINUTE ORDER - 1